AO240(09/17) 28USC2241 short form

in and for the United States District Court of Middle Florida

6:22-cv-1188-PGB-LHP

FILED 2022 JUL -8 PM 2:56
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

id A520-17992

**TITLE I** Captain Harrell A. Bostong

v.

Harris, S. Deputy Lieutenant HCSO etal,
Carlin Carolyn Judge 13CirFla etal,
Hillsborough County inc Florida etal,
Mallory Nurse #257875 etal,
Owens, DCS #7017 HCSO etal
Agents Companions Accessories Others

name a Petition for a Writ of Habeas Corpus

**TITLE II** American Petition 2/4 the redress of Grievances, Judicial Notices in challenge of the Cause, Legality, and Proofs of USC equal Protections and Immunities afforded in this non Prisoner exercise of USC art 1 Section 9 Writ of Habeas Corpus

**TITLE III** opening Statement Narrative

Here comes now Captain seeking justice for injustices of unlawful captivity and Cruel and unusual Punishment while unlawfully detained during 20Aug20 – 22Jun21 via unlawful Judicial mal/misfeasance found in Ground 1

page 1

Memorandum for Record   USDC-mdf

(cont) 1 Captain v Harris HCSO et al

TITLE X

# Grounds

Ground one
A- Period 20 aug 20 - 22 Jun 21
  (1) Charge(s)
    (a)   TRES 6002 (HS FAC)
    (b)   FSSS 810.092e
     1. @ wrongful arrest
     2. mis-application via defined at 810.011(10) "CHP" for "HP"
     3. Property in Question for Trespass is Defs Birthright
     4. During this Period aka Phaze I Def attended no Hearings/Proceedings
     5. The Public Defender unlawfully IAW UCO pursuant to 57.081/.085 and FSSS 27.51/.52 unsolicited
      a. Harrell/Def meets not the Criteria for Indigency and/or Public Defender Services nor having made application at any time yet motions to D/C COR were stricken via Trial Judge.

page 2

Memorandum for Record

(cont) 2 Captain v Harris HCSO etal

TITLE X

# Grounds

Ground one (cont pg 2)
A. Period 10 Aug 20 - 22 Jun 21
  (1) Charges
    (C) Related Cases
      1. As per the 13cir OSA
         a Conviction for GT III
         [18 Jul 00]
         unfounded/un/non Produced
         via 13cir SAO/OSA
      2. As Per HCSO CR#HS20026312
         under HSCO GO#HS513952
         10 Aug 20    a conviction
         in Oct 1991 for GT II
         1990 CF 7274
         [Conviction reversed via 7 (Jan 02)
         Trial Judge Jan 02 div"C"13cir
         as verified (2021) USDC-mdf
         Tampa  Harrell v Sec'y FL ST.
         Doc 821CV0619 SDM TAAS
         (2021)
         Note: Judge Merryday did not
         complete an iA depth study
         only an E-file study and
         due 2 language used could
         have lingering complete Equation
         page 3⊘                  fulfillment+

Memorandum for Record

(cont)3 Captain V Harris HCSO et al

TITLE
X              #
              Grounds

Ground one (cont pg 3)
  A. Period
       10 aug 20 - 22 Jun 21 (11 months)

    (1) Charges
       (C) Related Cases
           3. 20DR8689 23cir div "T" (2020)
wife          a fs ss ch 61 Dissolution of
(27 Jul 20)   Marriage. Served 27 Jul 20.
Served        on Harrell's wife Debra
              Kay West (Harrell) in Plant City
              Florida
           4. 20CF9382 (Trespass) (cf III)
              Sentencing Scores 2×2 points
              "one cannot be trespassed
Defendant     from ones own Property"
(10 aug 20)   except:
Arrested      In Hillsborough County
              Florida is possible and
              Probable coming behind
              Perjurous Affidavits
              from Hostile Takeover
              Artists of Estates of
              Settlors of which Def is
              Eldest Male Heir
                   page 4

Memorandum for Record

(CONT) 4 Captain v Harris HCSO etal
TITLE
X

# Grounds

Ground one (CONT pg 4)
A. Period 10 Aug 20 – 22 Jun 21
  10 Aug 20 – 22 Jun 21 (11 month 12 days
  (under Administrative Hold Conditions)
  (Solitary Confinement / no telephone)
  (1) Charges
    (C) # Related Cases
22 Aug 20  5. 20DR9951 – 12 Aug 20 filed
    a Temporary FSSS 741 injunction
    2nd day post TRES arrest
    Recipro for 61.00M FSSS Service
    Petition for Divorce Service
  6. 20CM6540 – 26 Aug 20 a 741.31
    6 days post arrest TRES 6002
    4 days post filing 20DR9951
    a No Contact violation under (T/O)
    Temporary order, non final (C/O)
    The phone # on Jail Records/
    HCSO GO#20-527710 via
    Boyer J. 5753 HS Deputy both
    AO for GO#20-513959 and
    GO#20-527710
    phone # is not Debra Harrell's
    phone # (813) 763-1118
    It is a 3rd Party showing Conspiracy
    page 5

Memorandum for Record

(CONT) 5 Captain v. Harris HC50 etal
TITLE X

# Grounds

Ground Two

A. Harrell is Challenging Harris HC50 etal for the following findings of facts of Causing Cruel and Unusual and unlawfully acting on unlawful Judicial orders Punishment.

Findings of fact

1. Harrell is a 75 year old Elderly vulnerable Disabled Veteran rated/Lettered at 100% war trauma vision impaired and Hearing impaired Career Professional POTUS appointed Commissioned Officer assigned to the US Army HRC-PDRL List.

2. Harrell's values are more Sacred than his Life to Him

3. Only in Hillsborough County Florida is it possible to be trespassed and Arrested on ones own Property

4. As of 30apr22 Harrell has been detained continuously for 628 days straight.

page 06

Memorandum for Record

(cont/6 Captain v Harris HCSO etal

TITLE X

# Grounds

Ground Two (cont, pg 6)
A. Harrell's Challenges (cont)

## findings of facts (cont)

5. The document shedding Light and Clear Signs of unlawful Influence causing Cruel and unusual Punishment on Elderly, Vulnerable, Disabled Captain Harrell for 11 months MOL in Solitary Confinement

(a) The Document (order)
 (1) Author - Wheeler AS #id246234
 (2) Related date - 21 AUG 20
 (3) Type - Detention Incident Report (Habeas Basis and merit is Bring the Body to the Judge)

Transcribed Language
Narrative Text
" Per Judge Catlin, Inmate Harrell's telephone priveledges are restricted to "Legal Calls only". Due to the Judges order Harrell was placed on Administrative Confinement Status" ACS (cont on pg 8)

page 7

# Memorandum for Record

(cont) 7 Captain V Harris HCSO etal

TITLE #

X    Grounds

Ground Two (cont pgs 6/7)

5(a) The document of Clean Proofs (cont 7)
21 aug 2Ø
"Harrell was placed on Administrative Confinement Status (ACS) status. He was relocated to GC due 2 Covid-19 Protocol. His Housing Status will be reviewed according 2 the Judges order. Lieutenant S. Harris Restricted Harrell's telephone Priveledges. Nurse Mallory #257875 HS and Detention Classification Specialist Owens HS# 7017 were notified"

(b) Harrell challenges the Points of Law in Basis, Merit, Legality, Cause and Warrants of the Sovereign Citizens USC Bill of Rights to wit Equal Protections and Immunities as follows: "for waiting on Trial" Status
(1) FSC A2S3/A5S1
(2) FLST. Rules Cr. Proc #3.21Ø (1968) committee adoption and (1972) (1978)
(3) USC am 8    (4) USC A3S9/A3S2/am 11

page 8

Memorandum for Record

(cont) 8  Captain v Harris HCSO et al
TITLE       #
XXXV       Informal Narrative Summary

Please remember in this "Bring the Body to the Judge" writ that things found in Darkness should stay in Darkness and only things found in Light are Light and are Clear Proofs of Truth and Signs.

Captain recommends as related facts these readings as Cases:

1. USDC-mdf  8:21CV00198DM-AAS a 28USC2254
   Harrell v Sec'y Fl ST DOC (2021)

2. USDC-mdf  8:21CV1989TPB-AEP a 28USC2254
   Harrell v Sec'y Fl ST DOC (2021)

3. USDC-mdf  8:22CV00020 WFJ-AEP
   Harrell v Fernandez et al

4. USDC-mdf  8:22CV00023Ø WFJ-JSS
   Harrell v Ficarotta et al

"The Captain is cleaning his House Alone"
                                iaw rule 5.2 USRCvProc
in Tampa Fla 22Apr22  page 9   Harrell -47- 9078