UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY GASTONG HARRELL,
*also known as*
Harrell A. Gastong, VI,

    Petitioner,

v.                                              Case No. 6:22-cv-1188-PGB-LHP

S. HARRIS, CAROLYN CAITLIN,
HILLSBOROUGH COUNTY INC.,
FLORIDA, NURSE MALLORY and
OWENS,

    Respondents.
_____/

## **ORDER**

THIS CAUSE is before the Court on Petitioner's Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2241 ("Petition," Doc. 1). The document is rambling and essentially incomprehensible.

It does not appear that Petitioner has been convicted of a state offense. Rather, it appears that he is a pretrial detainee who was being detained at the Hillsborough County Jail.[1] It is not clear whether Petitioner challenges the fact or

---

[1] Petitioner's address is listed as Chattahoochee, Florida. It appears, therefore, that Petitioner may have been transferred from the Hillsboro County Jail to the Florida State Hospital in Chattahoochee, Florida, which is in Gadsden County.

duration of his confinement or the conditions of his confinement. Nor does he clearly identify what relief he seeks from the Court. In short, the nature of Petitioner's cause of action is not readily determinable from review of his Petition. Further, Petitioner has not paid the filing fee or submitted a motion for leave to proceed in forma pauperis.

If Petitioner is seeking to initiate an action under § 2241, he must file a petition on a standard 28 U.S.C. § 2241 form because it provides the Court with pertinent information necessary to the disposition of the action. Consequently, this case will be dismissed to allow Petitioner an opportunity to properly file a habeas petition on the form if that is his intent and to either pay the filing fee or submit an affidavit of indigency.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The Clerk of the Court shall close the case and mail Petitioner a 28 U.S.C. § 2241 form and a prisoner application to proceed in forma pauperis form along with this Order.

**DONE** and **ORDERED** in Orlando, Florida on July 13, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party